# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| KIMBERLY ANN COFFIN, ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ACTING ) <br> COMMISSIONER, SOCIAL SECURITY ) <br> ADMINISTRATION, ) <br> ) <br> DEFENDANT ) | CIVIL NO. 2:17-CV-176-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On March 2, 2018, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The plaintiff filed an objection to the Recommended Decision on March 16, 2018. I have reviewed and considered the Recommended Decision; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**DATED THIS 2ND DAY OF APRIL, 2018**

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**